**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No: 2:12-cr-85-FtM-29DNF

Abel T. Lagunas,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Defendant, Abel T. Lagunas' Mental Competency. The Defense Counsel suggests that the Defendant is not competent to stand trial. A hearing was held on the matter before the undersigned District Court Judge to determine the Defendant's competency.

The Defendant was present and represented by Assistant Public Defender, George Ellis Summers Jr., and the Government was represented by Assistant United States Attorney David Lazarus. The Defendant entered into evidence Dr. Valerie R. McClain's, Defendant's Expert, Curriculum Vitae and psychological evaluation report (Defense Ex. A & B) and the psychological evaluation report of Dr. Jorge Luis, Psy.D, the Government's Expert (Defense Ex. C).

The psychological evaluation reports of both Experts state the Defendant is not competent at this time. The Government also stipulated that the Defendant Lagunas is not competent to stand trial. Based upon the Expert Reports and the stipulation of the Parties, the Court finds that the Defendant Abel T. Lagunas is not competent and that the Defendant is suffering from a mental disease or defect rendering him mentally

incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Consequently, the Defendant will be turned over to the custody of the Attorney General for designation of a medical referral.

Accordingly, it is now

**ORDERED:**

The Defendant, Abel T. Lagunas, is not competent, and based upon the preponderance of the evidence the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

1. Pursuant to 18 U.S.C. § 4241(d)(1), the Defendant, Abel T. Lagunas, is committed to the custody of the Attorney General, for designation to a Medical Referral Center, who shall have the defendant examined for a reasonable period of time, **not to exceed four (4) months** starting on the date defendant arrives at the designated facility.

2. Upon notice from the Attorney General or U.S. Marshal's Service, the Defendant shall be surrendered to the facility designated by the Attorney General for the examination on the date set by the Attorney General. The U.S. Marshal's Service in Fort Myers, Florida, shall cause defendant to be transported to the designated facility for examination.

3. A psychiatric or psychological report shall be prepared which includes the following information: (a) the Defendant's history and present symptoms; (b) a

description of the psychiatric, psychological, and medical tests that were employed and their results; (c) the examiner's findings; (d) the examiner's opinions as to diagnosis, prognosis, and whether defendant is suffering from a mental disease or defect as a result of which her release would create a substantial risk of bodily injury to another person or serious damage to property of another, or whether the defendant is a sexually dangerous person.

4. A copy of the report shall be sent to the following: (a) John E. Steele, United States District Judge, 2110 First Street, Fort Myers, FL 33901; (b) Assistant United States Attorney, David Lazarus, Office of the United States Attorney, 2110 First Street, Fort Myers, FL 33901 and (c) Assistant Federal Public Defender, George Ellis Summers Jr., Public Defender's Office, 1514 Broadway, Suite 301, Fort Myers, FL 33901.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of May, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

3